IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CECILE DENISE COLEMAN
                    Plaintiff,

        v.                                    Case No. 05-4149-JAR

BLUE CROSS BLUE SHIELD
OF KANSAS, INC.
                    Defendant.

## ORDER

This matter comes before the court upon defendant's Motion to Compel (Doc. 20).  On August 8, 2006 defendant's counsel notified the Court through e-mail that defendant had received satisfactory supplemental responses from plaintiff and thus no longer intended to file a reply brief regarding the above-mentioned motion.  Accordingly,

**IT IS THEREFORE ORDERED** that defendant's motion to compel (Doc. 20) is denied as moot.

**IT IS SO ORDERED**.

Dated this 15th day of August, 2006, at Topeka, Kansas.

 s/ K. Gary Sebelius
K. GARY SEBELIUS
UNITED STATES MAGISTRATE JUDGE