IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CECILE DENISE COLEMAN
                    Plaintiff,

      v.                                Case No. 05-4149-JAR

BLUE CROSS BLUE SHIELD
OF KANSAS, INC.
                    Defendant.

## <u>ORDER</u>

This matter comes before the court upon defendant's Motion to Compel Social Security Authorization (Doc. 28). On August 8, 2006 defendant's counsel notified the Court through e-mail that defendant had received plaintiff's social security authorization and thus no further dispute exists as to the above-mentioned motion. Accordingly,

**IT IS THEREFORE ORDERED** that defendant's Motion to Compel (Doc. 28) is denied as moot.

**IT IS SO ORDERED**.

Dated this 15th day of August, 2006, at Topeka, Kansas.

                                     s/ K. Gary Sebelius
                                     K. GARY SEBELIUS
                                     UNITED STATES MAGISTRATE JUDGE